IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDY WILSON,

    Plaintiff,

vs.                                      CASE NO. 4:08cv203-SPM/WCS

CAPTAIN ROUSE, et al.,

    Defendants.

_____/

**ORDER**

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation (doc. 9) dated June 3, 2008.  Plaintiff has filed an objection (doc. 11) pursuant to Title 28, United States Code, Section 636(b)(1).  Having considered the objection, I have determined that the report and recommendation should be adopted.

Plaintiff cannot state a valid claim for relief under § 1983 because (1) the disciplinary proceeding that he challenges resulted in a loss of gaintime, thus increasing his period of incarceration, and (2) the disciplinary proceeding has not been overturned.  Edwards v. Balisok, 520 U.S. 641 (1997).

Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's report and recommendation (doc. 9) is

Page 2 of 2

ADOPTED and incorporated by reference in this order.

      2.      Th is case is dismissed for failure to state a claim upon which relief may be granted.

      3.      The clerk shall note on the docket that the dismissal is under 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this 23rd day of June, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge